Kristi M. Morley (No. 024488)
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
Kristy.Morley@SacksTierney.com

Attorneys for Larry H. Miller
Corporation-Papago, d/b/a Larry Miller Mazda

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In Re: | No. 2:08-bk-11007-SSC |
|---|---|
| PAUL RICHARD TROEH aka PAUL RICHARD TROEH JR. PO BOX 20124 MESA, AZ 85277 | Chapter 13 |
| Debtor. | **NOTICE OF LODGING ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

PLEASE TAKE NOTICE that the law firm, Sacks Tierney P.A., counsel for Larry H. Miller Corporation-Papago, d/b/a Larry Miller Mazda, in the above-captioned proceeding, have lodged with the Court this date an Order Granting Relief from Automatic Stay, a copy of which is attached hereto.

DATED this 22nd day of October, 2009.

SACKS TIERNEY P.A.

By: /s/ Kristi M. Morley
Kristi M. Morley
Attorneys for Larry H. Miller Corporation-Papago d/b/a Larry Miller Mazda

COPY OF THE FOREGOING
Mailed this 22nd day of October, 2009, to:

Mr. Paul Richard Troeh
P.O. Box 20124
Mesa, Arizona 85277

/s/ Carolena Toledo

743036

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

Kristi M. Morley (No. 024488)
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
Kristy.Morley@SacksTierney.com

Attorneys for Larry H. Miller
Corporation-Papago, d/b/a Larry Miller Mazda

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In Re:

PAUL RICHARD TROEH
aka PAUL RICHARD TROEH JR.
PO BOX 20124
MESA, AZ 85277

　　　　Debtor.

No. 2:08-bk-11007-SSC

Chapter 13

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

This matter having come before this Court on the Motion for Relief from Automatic Stay filed by Larry Miller Corporation-Papago, doing business as Larry Miller Mazda ("Larry Miller"), and the Court having considered the Response and Reply if any, and good cause appearing, it is hereby ordered:

A.　　Terminating the automatic stay of Bankruptcy Code § 362(a) with respect to the Hyundai and otherwise vacating all bankruptcy stays and injunctions to permit Larry Miller to exercise all its rights and remedies with respect to the Hyundai and the civil lawsuit *Paul Richard Troeh v. Larry Miller Corporation-Papago, doing business as Larry Miller Mazda*, Case Number CV2008-092240; and

B.　　Granting Larry Miller such other and further relief as the Court deems just and proper under the facts and circumstances of this case.