Name: Paul Richard Troeh
Address: P O Bx 20124 Mesa, AZ 85277
Phone: 480 343 3084
Debtor, Pro Per


**FILED**
NOV 2 0 2009
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re: )  Chapter 7
)
Paul Richard Troeh ) Case No.: 08-11007-PHX-SSC
)
)
) Election of Debtor to
_____Debtor._____) Convert Case to Chap. 13

Debtor elects to convert This case To Chapter 13. Change in Debtor's Financial Circumstances & situation has taken place.

Date 20 Nov 2009          Signature P.R. Troeh

11/23/2009