**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: November 01, 2010**



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL RICHARD TROEH AKA PAUL RICHARD TROEH, JR., | Case No. 2-08-bk-11007-SSC |
| Debtor. | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF 11 U.S.C. § 362(a)** [2005 HYUNDAI ACCENT] |

The Court having reviewed the *Motion for Relief from Automatic Stay of 11 U.S.C. § 362(a) (As to 2005 Hyundai Accent, VIN # KMHCG35C85U353515)* filed on October 22, 2009 (Docket Entry No. 69) (the "Motion") filed by Larry H. Miller Corporation-Papago, dba Larry Miller Mazda ("Movant"), and the Motion having been properly served and noticed by serving the *Notice of Filing Motion for Relief From Automatic Stay of 11 U.S.C. § 362(a)* entered September 16, 2010 (Docket Entry No. 98), which incorporated a 14-day bar date notice for the Motion, and good cause appearing;

**IT IS HEREBY ORDERED** granting the Motion;

**IT IS FURTHER ORDERED** that all stays and injunctions, including the automatic stay imposed by U.S. Bankruptcy Code § 362(a) are hereby immediately vacated and annulled with respect to that certain vehicle identified as a 2005 Hyundai Accent (VIN# *KMHCG35C85U353515*) (the "Collateral") pursuant to which Debtor entered into a Purchase Contract on May 8, 2008 to purchase the subject Collateral.

450926

**IT IS FURTHER ORDERED** that Movant and/or its successors or assigns are hereby authorized to take whatever actions Movant deems appropriate to exercise any and all rights and remedies as to the Collateral under applicable state law and the agreements with the Debtor, including but not reposing, seizing, storing and protecting the Collateral, conducting or completing a judicial foreclosure or private sale of the Collateral.

**IT IS FURTHER ORDERED** that this Order vacating and annulling the automatic stay imposed by U.S. Bankruptcy Code § 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

**IT IS FURTHER ORDERED** waiving the 14-day stay provided by Rule 4001(a)(3), Fed.R.Bankr.P.

**DATED AND SIGNED ABOVE.**

450926